UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES L. COLVIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1709** |
| **TRAVIS DAY** | **SECTION "I"(5)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, James L. Colvin, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the petition of James Colvin for issuance of a writ of habeas corpus under 28 U.S.C. § 2241, is hereby **DISMISSED WITHOUT PREJUDICE** and Petitioner's Motion for Partial Summary Judgment is **DENIED**.

New Orleans, Louisiana, this 8th day of June, 2022.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE